UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| RAYMOND LEE GEARHART, | Court File No. 16-1924 (MJD/LIB) |
| Petitioner, | |
| v. | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| DR. HEART; DR. GABLE; DR.<br>STANTON; and DR. WAKEMAN, | |
| Respondents. | |

\* \* \* \* \* \* \*

| | |
|---|---|
| RAYMOND LEE GEARHART, | Court File No. 16-1925 (MJD/LIB) |
| Petitioner, | |
| v. | |
| DR. MRS. STANTON, Chief Psych;<br>and DR. MRS. HEART, Psych Doctor, | |
| Respondents. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. These actions are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

2. All pending motions are **DISMISSED WITHOUT PREJUDICE AS MOOT**.

3. Judgment is entered accordingly.


DATED: September 7, 2016               s/Michael J. Davis
At Minneapolis, Minnesota              Michael J. Davis
                                       United States District Court